ACCEPTED
03-15-00362-CV
7513722
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 11:40:47 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00362-CV**

_____ FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/23/2015 11:40:47 AM

JEFFREY D. KYLE
Clerk

# COURT OF APPEALS
## for the
## THIRD DISTRICT OF TEXAS
_____

**Colette Custer,**

*Appellants*,

**v.**

**Wells Fargo Bank, N.A.,**

*Appellee*.

_____

**Appeal from the County Court at Law No. 1
of Travis County, Texas**
*Honorable Todd Wong, Presiding Judge*
_____

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF
_____

**Sammy Hooda**
State Bar No. 24064032
sammy.hooda@buckleymadole.com
**Buckley Madole**
14841 Dallas Parkway, Suite 425
Dallas, Texas 75242
Telephone: 972-643-6600
Facsimile: 972-643-6699

*Attorneys for Appellee*

1

## MOTION TO EXTEND TIME FOR FILING APPELLEE'S BRIEF

Appellee Wells Fargo Bank, N.A., requests the Court grant it an extension of time to file Appellee's Brief, and in support hereof respectfully shows the Court:

1. The Court's docket states Appellee's Brief was due on October 19, 2015.

2. Appellee, reasonably believed its Brief was due either on:

    a. October 22, 2015, based on Appellant's Brief being received on September 23, 2015; or

    b. October 27, 2015, based on Appellant's Brief being filed on September 28, 2015.

3. Appellee reasonably believed this was an appeal from the trial court's final judgment, rather than, an interlocutory appeal, thus being governed by the rules for an accelerated appeal.

4. Appellee is filing its Brief contemporaneously with this Motion to Extend.

5. This is Appellee's first request for extension of time to file its Brief.

6. The extension is not being sought for delay, but so justice can be done.

7. This motion complies with requirements of TEX. R. APP. P. 10.1(5) and 10.5(b).

Respectfully submitted,

*/s/ Sammy Hooda*

**Sammy Hooda**
State Bar No. 24064032
sammy.hooda@buckleymadole.com
**Buckley Madole**
14841 Dallas Parkway, Suite 425
Dallas, Texas 75242
Telephone: 972-643-6600
Facsimile: 972-643-6699

*Attorneys for Appellee*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that it was unable to confer with Appellant on the merits of this Motion to Extend because Appellee does not have Appellant's phone number or an email address to make contact.

*/s/ Sammy Hooda*

**Sammy Hooda**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion to Extend was served by certified mail, return receipt requested on the 23rd day of October, 2015 on the following:

Collette Custer
20433 Rita Blanca Circle
Pflugerville, Texas 78660

*/s/ Sammy Hooda*

**Sammy Hooda**